IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 03-00213 WHA |
| Plaintiff, | |
| v. | **ORDER RE SEVERANCE BRIEFING** |
| OLIVER HILSENRATH, | |
| Defendant. / | |

    During the hiatus, government counsel is **ORDERED** to file a statement setting forth all arguments it has in opposition to complete severance of the fraud counts from the tax counts, including the specific evidence that would have to be duplicated and presented again if severance were granted. Please file this by **NOVEMBER 23, 2005**. Once the counsel issue is straightened out, a further hearing shall occur as to severance.

    **IT IS SO ORDERED.**

Dated: November 16, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE