IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 03-213 WHA |
| Plaintiff, | |
| v. | **ORDER RE PENDING MOTIONS** |
| OLIVER HILSENRATH, | |
| Defendant. | |

New counsel recently was appointed for defendant Oliver Hilsenrath. At the time of the appointment, there were motions listed as pending on the docket. In an attempt to terminate those motions that have been decided and also those that counsel (in particular new defense counsel) do not wish to pursue, the parties are **ORDERED TO PROVIDE A STATUS REPORT** on motions by **NOON, FEBRUARY 1, 2006**, addressing the following motions. (1) Are the motions at docket entries 81, 153 and 164 still being made? (2) The Court believes it should deny the docket entries 82 and 83 as moot. Please state whether they should *not* be denied as moot. (3) It appears that the motion at docket entry 152 was settled by a stipulation between the parties. This motion therefore will be terminated at noon, February 1, 2006 unless counsel object.

**IT IS SO ORDERED.**

Dated: January 25, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE