**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. CR 03-00213 WHA |
| Plaintiff, | |
| v. | **ORDER RE LETTER FROM DEFENSE COUNSEL** |
| OLIVER HILSENRATH, | |
| Defendant. | |

The Court has read the letter from defense counsel that was submitted under seal and *ex parte*. The Court requests that Magistrate Judge Edward M. Chen hold an *ex parte* hearing with the defense about the contents of the letter.

**IT IS SO ORDERED.**

Dated: July 6, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE