FILED

06 JUL -6 PM 4:20

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 03-0213 WHA |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER FILING UNDER SEAL |
| v. | ) | |
| OLIVER HILSENRATH, | ) | ~~FILED UNDER SEAL~~ |
| Defendant. | ) | |

For good cause shown, AFPD Steven Kalar's letter, declaration, and motion filed with this order on July 5, 2006, shall be filed under seal.

IT IS SO ORDERED.

7/6/06
DATED

_____
EDWARD CHEN
United States Magistrate Judge

*Hilsenrath*, CR 03-0213 WHA
ORD. FILING UNDER SEAL

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

v.

HILSENRATH et al,

        Defendant.
_____/

Case Number: CR03-00213 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 6, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Laurel Beeler
U.S. Attorney's Office
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102

Steve Gary Kalar
Federal Public Defender's Office
450 Golden Gate Avenue
19th floor
San Francisco, CA 94102

Dated: July 6, 2006

Richard W. Wieking, Clerk
By: D. Toland, Deputy Clerk