IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>OLIVER HILSENRATH,<br><br>    Defendant. | No. CR 03-0213 WHA<br><br>[PROPOSED] STIPULATED ORDER RE: IN LIMINE FILINGS, PRETRIAL CONFERENCE, AND DISCOVERY DATES |

On January 24, 2006, the parties appeared before this Court for trial setting. At that appearance, the Court set a trial date of October 2, 2006, and the first pretrial conference for August 21, 2006. The Court also discussed various *in limine* and discovery deadlines.

In this proposed stipulated order, the parties jointly propose new dates before the October 2, 2006 trial.

1. **September 11, 2006**: On September 11th, the government will provide Rule 16 expert notice, expert qualifications, and a summary of expert testimony, the government's witness list, its exhibit list, and notice of evidence sought to be introduced under Federal Rule of Evidence 404(b). The defense will disclose it list of non-rebuttal witnesses.

2. **September 18, 2006:** Disclosure of defense expert witness notice, qualifications, and summaries. The parties will file their trial memoranda, proposed jury instructions, proposed

*Hilsenrath*, CR 03-0213 WHA
ORD. SETTING TRIAL, *IN LIMINE* DATES

1  *voir dire*, and any *in limine* motions.

2  3.  **Tuesday, September 25, 2006 at 2:00**: Pretrial conference.

4  The dates proposed by the parties are closer to the trial than those proposed at the January 24, 2006 hearing. In this proposed stipulated order, the parties agree that they will not move to continue the trial based on the need for further preparation or litigation arising from the disclosure of the above materials on the dates proposed.

The Court agrees to the dates proposed by the parties. The Court adopts the proposed schedule and orders briefing and disclosures on these dates.

IT IS SO ORDERED.

    8/14/06
DATED                                    WILLIAM ALSUP
                                         UNITED STATES DISTRICT JUDGE

IT IS SO STIPULATED.

_____                         __/s_____
DATED                                    KEVIN V. RYAN
                                         United States Attorney
                                         Northern District of California
                                         AUSA LAUREL BEELER
                                         Assistant United States Attorney


_____                         __/s_____
DATED                                    BARRY J. PORTMAN
                                         Federal Public Defender
                                         Northern District of California
                                         STEVEN G. KALAR
                                         Assistant Federal Public Defender

*Hilsenrath*, CR 03-0213 WHA
ORD. SETTING TRIAL, *IN LIMINE* DATES          2