IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

OLIVER HILSENRATH,

    Defendant.

                                 /

No. CR 03-00213 WHA

**ORDER RE: *FARETTA* HEARING**

    For the *Faretta* hearing, both sides should submit summaries of the charges against Mr. Hilsenrath as well as the possible penalties.

**IT IS SO ORDERED.**

Dated: September 5, 2006

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE