IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>OLIVER HILSENRATH<br><br>            Defendant. | No. CR 03-0213 WHA<br><br>[~~PROPOSED~~] ORDER REGARDING RELEASE OF PASSPORT |

The clerk of the Court is directed to release the passport of Lior Hilsenrath to a representative of the Federal Public Defender.

IT IS SO ORDERED.

_____
Dated

September 14, 2006

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge James Larson signature]*

*Hilsenrath*, CR 03-0213 WHA
ORD. RE: LIOR HILSENRATH PASSPORT