OLIVER HILSENRATH
822 Eastbrook Ct.
Danville, CA 94506
Telephone: 925.212.6299
Facsimile: 925.648.4439

DEFENDANT *IN PRO PER*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 03-0213 WHA |
| Plaintiff, | ORDER [PROPOSED] |
| v. | |
| OLIVER HILSENRATH, | |
| Defendant. | |

Following a *Faretta* hearing on August 29, 2006, this Court allowed defendant Oliver Hilsenrath to proceed as Defendant *in pro per* in this current case.

The Court hereby orders to allow Defendant Oliver Hilsenrath the use of the Electronic Case Filing System (ECF).

IT IS SO ORDERED.

Dated: 9/25/06

_____
WILLIAM H. ALSUP
United States District Judge

Case No: CR 03-0213 WHA