**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 03-00213 WHA |
| Plaintiff, | |
| v. | **ORDER REQUESTING BRIEFING AND SCHEDULING HEARING** |
| OLIVER HILSENRATH, | |
| Defendant. / | |

The Court is in receipt of defendant's (1) Motion to Dismiss Counts 7 and 8 and (2) Motion to Correct the Sentence, Reconsider the Order, and Dismiss Counts 1 to 3, and 9 to 14. The government is ordered to file a response to these motions by **NOVEMBER 1, 2006.** A hearing on these motions will be held at **2:00 P.M. ON TUESDAY, NOVEMBER 7, 2006.**

**IT IS SO ORDERED.**

Dated: October 18, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE