IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>OLIVER HILSENRATH,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　　／ | No. CR 03-00213 WHA<br><br>**ORDER REQUESTING BRIEFING** |

　　　　The Court is in receipt of defendant's Motion to Reconsider Order to Take Foreign Depositions in Switzerland, filed on October 23, 2006. The government is ordered to file a response to this motion by November 1, 2006. This matter will be heard at the hearing currently scheduled for **2:00 P.M. ON NOVEMBER 7, 2006.**

　　　　**IT IS SO ORDERED.**

Dated: October 24, 2006

　　　　　　　　　　　　　　　　　/s/ Wm Alsup
　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE