IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 03-00213 WHA |
| Plaintiff, | |
| v. | **REQUEST FOR BRIEFING** |
| OLIVER HILSENRATH, | |
| Defendant. | |

By **NOVEMBER 15, 2006**, the government will please file responses to defendant's: (1) motion to take foreign depositions; (2) motion for discovery and to order evidentiary hearing re: Ed Swanson's correspondence with the Swiss government; and (3) motion to suppress the testimony of David Klarman and Marie Klarman. These matters will be heard on **NOVEMBER 21, 2006 AT 2:00 P.M**.

**IT IS SO ORDERED.**

Dated: November 8, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE