IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 03-00213 WHA |
| Plaintiff, | |
| v. | **ORDER RE PRETRIAL MOTIONS** |
| OLIVER HILSENRATH, | |
| Defendant. / | |

The Court is in receipt of defendant's remaining pretrial motions: (1) motion to strike surplusage in Counts 1, 7–14; (2) motion to dismiss Counts 3 and 4; (3) motion to discover records related to U.S. Wireless corporation in the possession of government witnesses; and (4) motion to compel discovery and dismiss Counts 9–11. These matters will be heard according to the schedule set by the Court at the September 26 hearing: oppositions are due by **NOVEMBER 28**, replies are due by **DECEMBER 5**, and argument on the motions will be heard on **DECEMBER 12**.

The November 21 date remains firm. At that hearing the Court will address defendant's (1) motion to take foreign depositions; (2) motion for discovery and to order evidentiary hearing re: Ed Swanson's correspondence with the Swiss government; and (3) motion to suppress the testimony of David Klarman and Marie Klarman.

Dated: November 15, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE