UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff(s),<br><br>　　v.<br><br>OLIVER HILSENRATH,<br><br>　　　　　Defendant(s).<br>_____/ | No. CR-03-0213 WHA (JCS)<br><br>**NOTICE OF SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER** |

TO ALL PARTIES AND COUNSEL OF RECORD:

　　　　The above matter has been referred to Magistrate Judge Joseph C. Spero for settlement purposes.

　　　　You are hereby notified that a Settlement Conference is scheduled for **December 18, 2006, at 9:30 a.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

　　　　**Each party shall prepare a Settlement Conference Statement, which must be lodged with or faxed to the undersigned's chambers no later than noon on December 14, 2006.** Please 3-hole punch the document at the left side. (If faxing the document, please fax it to (415) 522-3636.) The Settlement Conference Statement shall **not** be filed with the Clerk of the Court, and need not be served on opposing counsel. The parties are encouraged, however, to exchange Settlement Conference Statements. If Settlement Conference Statements are exchanged, any party may submit an additional confidential settlement letter to the Court not to exceed three (3) pages. The contents of this confidential settlement letter will not be disclosed to the other parties.

　　　　IT IS SO ORDERED.

Dated: November 28, 2006

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge