**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

OLIVER HILSENRATH,

      Defendant.

_____/

No. CR 03-00213 WHA

**REQUEST FOR RESPONSE**

By **NOON** on **MONDAY, DECEMBER 11**, the government must file a response to defendant's (1) motion to dismiss Counts 1–11 and forfeiture allegation, and (2) motion for bill of particulars (Docket Nos. 326, 335).  These motions will be heard at the hearing currently scheduled for **DECEMBER 12**.

    **IT IS SO ORDERED.**

Dated:  December 6, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE