UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff(s),<br><br>  v.<br><br>OLIVER HILSENRATH,<br><br>        Defendant(s). | No. CR-03-0213 WHA (JCS)<br><br>**NOTICE AND ORDER RE FURTHER SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference is scheduled for **January 10, 2007, at 2:00 p.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  Defendant shall attend *in person*.

IT IS SO ORDERED.

Dated: December 20, 2006

JOSEPH C. SPERO
United States Magistrate Judge