KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

LAUREL BEELER (CSBN 187646)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6765
FAX: (415) 436-7234
Email: laurel.beeler@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 03-0213 WHA |
| Plaintiff, ) | ORDER RE FOREIGN DEPOSITIONS PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 15 [PROPOSED] |
| v. ) | |
| OLIVER HILSENRATH, ) | |
| Defendant. ) | |

1. The Court previously authorized the following depositions where the foreign authorities have agreed to the depositions:

U.S. Depositions

Switzerland

Jersey (the Channel Islands)

Defense Depositions

France

2. Because of Mr. Hilsenrath's current financial status, whereby he qualifies for appointed counsel, the United States is ordered to bear the costs of the depositions in accordance with the parties' joint status statement regarding deposition logistics filed

ORDER [PROPOSED]
(CR 03-0213 WHA)

1. June 30, 2005, implementing the Court's prior order about costs of the depositions.
2. Specifically, the United States will pay for Mr. Hilsenrath to attend the Rule 15
3. depositions. This will include travel to and from the host country and accommodations in
4. the host country at the government rate and only as necessary for the purpose of the
5. depositions. The United States previously provided the defense contact information for
6. the travel company through which Mr. Hilsenrath will make his travel arrangements.

IT IS SO ORDERED.

Dated: December 21, 2006

WILLIAM H. ALSUP
United States District Judge

STIPULATED:

/s Oliver Hilsenrath
OLIVER HILSENRATH
Defendant

/s Laurel Beeler
LAUREL BEELER
Assistant United States Attorney

ORDER [PROPOSED]
(CR 03-0213 WHA)     2