UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.: CR 03 00213 WHA |
| Plaintiff, | ) ) ) | ORDER ~~(PROPOSED)~~ |
| v. | ) ) | |
| OLIVER HILSENRATH, | ) ) | |
| Defendant. | ) ) | |

For good cause shown, the Court adjusts the briefing schedule as follows:

**Group A**:

The defendant must file these motions by **noon** on **February 5, 2007**. The government's responses are due by **noon** on **February 7, 2007**. The Court retains the already-scheduled hearing at **2:00 p.m.** on **February 13, 2007**.

**Group B**:

The defendant must file these motions by **February 12, 2007**. The government's responses are due on **February 15, 2007**. If any hearings are necessary, the Court will set a schedule.

IT IS SO ORDERED.

DATED: January 25, 2007

_____
WILLIAM H. ALSUP
United States District Judge

ORDER ~~(PROPOSED)~~ (CR 03 213 WHA)