```
 1  KEVIN V. RYAN (CSBN 118321)
    United States Attorney
 2
    MARK L. KROTOSKI (CSBN 138549)
 3  Chief, Criminal Division

 4  LAUREL BEELER (CSBN 187656)
    Assistant United States Attorney
 5
        450 Golden Gate Avenue, Box 36055
 6      San Francisco, California 94102-3495
        Telephone: (415) 436-6765
 7      FAX: (415) 436-7234
        laurel.beeler@usdoj.gov
 8
    Attorneys for Plaintiff
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No.: CR 03 00213 WHA |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | JOINT REQUEST TO VACATE FILING DATES AND ~~PROPOSED~~ ORDER |
| OLIVER HILSENRATH, | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties have reached a settlement in the case. A signed copy has been sent to the Court, and the matter is set for entry of plea on Tuesday, February 6, 2007, at 2:00 p.m. In light of the settlement, the parties ask the Court to vacate Mr. Hilsenrath's motions filing date of February 5, 2007. A proposed order is attached.

DATED: February 2, 2007        Respectfully submitted,

                               KEVIN V. RYAN

                                   /s Laurel Beeler
                               LAUREL BEELER
                               Assistant United States Attorney


                                   /s Oliver Hilsenrath
                               OLIVER HILSENRATH
                               Defendant

JOINT REQUEST AND ~~PROPOSED~~
ORDER (CR 03 00213 WHA)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.: CR 03 00213 WHA |
| Plaintiff, | ) ) | |
| v. | ) | ORDER (~~PROPOSED~~) |
| OLIVER HILSENRATH, | ) ) | |
| Defendant. | ) ) | |

For good cause shown, the Court vacates the motions filing date of February 5, 2007.

IT IS SO ORDERED.

DATED: February 5, 2005

_____
WILLIAM H. ALSUP
United States District Judge

ORDER (~~PROPOSED~~) (CR 03 213 WHA)    2