SCOTT N. SCHOOLS (SC 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

LAUREL BEELER (CSBN 187656)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6765
    FAX: (415) 436-7234
    laurel.beeler@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.: CR 03 00213 WHA |
|     Plaintiff, | ) | |
|     v. | ) | JOINT REQUEST FOR NEW SENTENCING DATE |
| OLIVER HILSENRATH, | ) | |
|     Defendant. | ) | |

    The case is set for sentencing on May 15, 2007. Based on the complex nature of the case, the probation officer has indicated that additional time would be helpful to him. In addition, the parties are working on an issue regarding assets. With the agreement of the probation officer, the parties propose a new sentencing date of July 3, 2007, at 2:00 p.m. An order is attached.

DATED: April 5, 2007                                Respectfully submitted,

                                                                      KEVIN V. RYAN

                                                              /s Laurel Beeler
                                                          LAUREL BEELER
                                                          Assistant United States Attorney

                                                              /s Oliver Hilsenrath
                                                          OLIVER HILSENRATH
                                                          Defendant

JOINT REQUEST
(CR 03 00213 WHA)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.: CR 03 00213 WHA |
| Plaintiff, ) ) | |
| v. ) | ORDER ~~(PROPOSED)~~ |
| OLIVER HILSENRATH, ) ) | |
| Defendant. ) ) | |

For good cause shown, the Court vacates the sentencing date of May 15, 2007, and resets the date for ~~July 3, 2007~~. July 9, 2007 at 2:00 p.m.

IT IS SO ORDERED.

DATED:   April 11, 2007

_____
WILLIAM H. ALSUP
United States District Judge

ORDER ~~(PROPOSED)~~ (CR 03 213 WHA)