**OLIVER HILSENRATH**
**822 Eastbrook Court**
**Danville, CA 94506**
**Telephone: 925 212 6299**
**Facsimile: 925 736 7571**

**DEFENDANT *IN PRO PER***

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. CR 03-0213 WHA (JL) |
| **Plaintiff,** | |
| **v.** | **STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY PRETRIAL RELEASE TERMS** |
| **OLIVER HILSENRATH,** | |
| **Defendant.** | |

## STIPULATION

After consulting with the United States Pretrial Services, the parties agree to modify defendant Oliver Hilsenrath's pretrial release terms and agree that Mr. Hilsenrath shall not be required in the future to surrender his passports or his family members' passports with the Clerk of the Court.

All other pretrial release terms including the scheduling and reporting of international travel will remain unchanged.

DATED: January 24, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
/s Laurel Beeler

_____
LAUREL BEELER
Assistant United States Attorney

1

1

2                                            /s Oliver Hilsenrath

3                                     _____
                                              OLIVER HILSENRATH
4                                             Defendant

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1
2
3
4
5
6
7

8        **UNITED STATES DISTRICT COURT**
9        **NORTHERN DISTRICT OF CALIFORNIA**
         **SAN FRANCISCO DIVISION**
10

11   **UNITED STATES OF AMERICA,**          Case No. CR 03-0213 WHA (JL)

12          **Plaintiff,**

13          **v.**                          ~~XXXXXXXX~~
                                            **[PROPOSED] ORDER**

14   **OLIVER HILSENRATH,**

15          **Defendant.**

16

17          Pursuant to the parties' stipulation the Court orders the Clerk to return Oliver

18   Hilsenrath's passports without the need to surrender his family members' passports in

19   exchange.

20          All other pretrial release terms of Oliver Hilsenrath including the scheduling and

21   reporting of international travel will remain unchanged.

22

23   IT IS SO ORDERED.

24

     Dated _ April 20, 2007
25

26   

27

28