IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 03-00213 WHA |
| Plaintiff, | |
| v. | **ORDER RE EVIDENTIARY HEARING ON DNA COLLECTION** |
| OLIVER HILSENRATH, | |
| Defendant. / | |

     Defendant Hilsenrath is reminded that, at the hearing on May 13, 2008, the Court gave him the option to present his direct examination in one of two ways: either he could ask himself questions, or he could submit a written declaration, sworn under oath, ahead of time. If Hilsenrath wishes to submit a written sworn declaration, he should submit one by **FRIDAY, JUNE 13, 2008, BY NOON**. At the May 13 hearing, Hilsenrath was also ordered to bring any documentation to the evidentiary hearing (set for June 16, 2008) that he felt supported his assertion that he sincerely believed whatever he believed.

     **IT IS SO ORDERED.**

Dated: June 10, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE