1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  LAUREL BEELER (CABN 187656)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6765
7      FAX: (415) 436-7234

8  Attorneys for Plaintiff

9
                       UNITED STATES DISTRICT COURT
10
                     NORTHERN DISTRICT OF CALIFORNIA
11
                           SAN FRANCISCO DIVISION
12

13 UNITED STATES OF AMERICA,        )   No. CR 03 213 WHA
                                    )
           Plaintiff,               )   STIPULATION TO MODIFY
14                                  )   PROBATION AND ORDER ~~(PROPOSED)~~
      v.                            )
15                                  )   Date:  None
   OLIVER HILSENRATH,               )   Time:  None
16                                  )
           Defendant.               )
17 _____)

18   The parties agree that Mr. Hilsenrath's term of probation should be modified from supervised

19 probation to unsupervised probation for the following reasons:

20   1. Mr. Hilsenrath has been on pretrial release since December 2004, when he, his wife, and

21 five of his six children traveled from their home in Israel to California so that he could address

22 the criminal charges then pending against him. Since then, and during the approximately one

23 year of probation that he has completed to date, he has complied with the terms of his

24 supervision. (He is currently challenging the DNA testing provision, but he is doing that

25 appropriately in a court setting.)

26   2. Mr. Hilsenrath's one year of home detention will be completed on July 9, 2008.

27   3. After Mr. Hilsenrath completes his home detention in July, the Hilsenraths wish to return

28 to Israel. Mrs. Hilsenrath's 87-year-old mother recently suffered an accident. The Hilsenraths'

STIPULATION AND ORDER ~~(PROPOSED)~~
(CR 03 213 WHA)

daughter, her family, and the Hilsenraths' grandson all live in Israel, and their older children are returning there this summer.  Put another way, their home is there, not in California.  Also, Mr. Hilsenrath may have an easier time finding employment in Israel.

4. Ordinarily, when defendants on probation live abroad, their terms of supervised release or probation are converted to unsupervised probation or release.  Another possibility is terminating probation entirely.  Here, the parties still are working on issues regarding Mr. Hilsenrath's assets abroad, and continuing probation is appropriate at least until the asset situation is resolved.  Also, the United States's position is that the term of probation is an appropriate one (although after the asset situation has been resolved, the parties likely will revisit the issue).

5. The parties do contemplate that Mr. Hilsenrath will travel back and forth between California and Israel, partly because of pending litigation but also because at least one child will be in college here.  But under the circumstances of their foreign residence, obtaining approval for travel (while freely granted by Probation) is unnecessary and burdensome to all.

6. Mr. Hilsenrath will remain subject to all the terms and conditions of his probation, with the exception of supervision by United States Probation, and he will continue to work with the United States on the asset repatriation.  He receives notification of all court appearances (and changes thereto) by the ECF system, and he promises to make all court appearances (as he has to date).  He also agrees that the terms of his probation may be modified to require him to notify the Court, the United States, and United States Probation of any and all changes to his home address, telephone number, and email address.

7. United States Probation does not oppose the modification of probation as set forth in this stipulation and proposed order.

STIPULATED: June 10, 2008

       /s Oliver Hilsenrath
OLIVER HILSENRATH
Defendant

       /s Laurel Beeler
LAUREL BEELER
Assistant United States Attorney

1   For the reasons set forth in the parties' request, the Court modifies Oliver Hilsenrath's probation as follows:

1. Effective July 9, 2008, Mr. Hilsenrath's term of probation is modified from supervised probation (that is, probation supervised by United States Probation) to unsupervised probation. All other terms and conditions of probation shall remain in effect.

2. In addition, the conditions of probation are modified to add the following requirement: Oliver Hilsenrath shall notify the Court, the United States Attorney, and United States Probation of any and all changes to his home address, telephone number, and email address. That may be accomplished by filing a notice of change of address through the Court's ECF system.

IT IS SO ORDERED.

DATED: June 10, 2008.

_____
WILLIAM H. ALSUP
United States District Judge

STIPULATION AND ORDER (PROPOSED)
(CR 03 213 WHA)                           3