IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>OLIVER HILSENRATH,<br><br>    Defendant.<br>                                  / | No. CR 03-00213 WHA<br><br>**ORDER VACATING EVIDENTIARY HEARING ON JUNE 16, 2008, AND SETTING NEW HEARING RE DNA COLLECTION** |

      The evidentiary hearing on June 16, 2008, was set to evaluate whether defendant Oliver Hilsenrath's beliefs were religious and sincerely held. The government does not challenge defendant's assertion that his beliefs regarding DNA collection are sincerely held. The evidentiary hearing set for June 16, 2008, is unnecessary and is therefore **VACATED**. In the meantime, defendant has also moved to set a separate schedule to respond to the government's supplemental opposition. This request is **GRANTED**. Defendant's response to the government's supplemental opposition to defendant's motion to enjoin collecting DNA on RFRA grounds is due on **JUNE 19, 2008**. The hearing for this matter is set for **MONDAY, JUNE 30, 2008, AT 11:00 AM.**

    **IT IS SO ORDERED.**

Dated: June 11, 2008.

                                                  WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE